IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BANK ONE, N.A.,  :
:
    Plaintiff,  :
:    Case No. 04-CV-318
v.  :
:    JUDGE ALGENON L. MARBLEY
ECHO ACCEPTANCE CORP., et. al.,  :    Magistrate Judge Norah M. King
:
    Defendants.  :

## ORDER

This matter comes before the Court on Defendants Echo Acceptance Corporation's and DISH Network Corporation's f/k/a EchoStar Communications Corporation Motion to Approve Revised Supersedeas Bond. Defendants previously filed a supersedeas bond but Plaintiff Bank One, N.A., now know as JPMorgan Chase Co., N.A., objected to the form of the bond. After the parties conferred about Plaintiff's objections, Defendants agreed to file a revised bond. On December 5, 2008, this Court granted Defendants' Motion to Withdraw the Supersedeas Bond and File a Revised Supersedeas Bond. Bank One does not oppose the revised proposed supersedeas bond. For the reasons set forth above and because there are no objections, this Court hereby **GRANTS** Defendants' Motion to Approve Revised Supersedeas Bond.

    **IT IS SO ORDERED.**

                                         s/Algenon L. Marbley
                                         **ALGENON L. MARBLEY**
                                         **UNITED STATES DISTRICT COURT**

**Dated: December 12, 2008**